# EXHIBIT B

**TRANSPORT AGREEMENT:** 061-DT-25898

**Version:** 55
**Date:** 02 Oct 2023
**Page:** 1 of 6

| Inter IKEA Company | Service Provider |
|---|---|
| IKEA Supply AG<br>Grüssenweg 15<br>4133 Pratteln<br>SWITZERLAND | 31922-CAR-1<br>Convoy Inc.<br>1700 7th Ave<br>98101 Seattle<br>UNITED STATES OF AMERICA |

| Inter IKEA Company Contact Person | Service Provider Contact Person |
|---|---|
| Erik Schweier | JJ McCarthy |

| Validity Period | | Terms of Payment |
|---|---|---|
| Transport Agreement valid from: | 07-FEB-2021 | SBI: 30 days after create date of SBI |
| Latest amendments effective as of: | 06-OCT-2023 | |
| Effective to: | 31-OCT-2023 | |

| Price / Litre | 0.88 | Fuel Consumption Short Distance | 1.91 |
|---|---|---|---|
| Currency | USD | Fuel Consumption Long Distance | 2.55 |

This Transport Agreement is a Sub-agreement to the "Frame Agreement for Transport Services" with number FA-31922-1 between IKEA and Convoy Inc., meaning that the Frame Agreement and its appendices apply to this Transport Agreement and its appendices. All definitions of the Frame Agreement apply to this Transport Agreement.

The Service Provider agrees to carry out all Transport Services in accordance with this Transport Agreement.

The number and version in the upper right corner of this Transport Agreement shall be stated on all invoices and in all correspondence.

In the case of a fixed validity period, no termination is required and this Transport Agreement will cease automatically at the end of the agreement period. Should this Transport Agreement be valid until further notice, a termination in writing is required.

The Parties agree that no exclusive rights to any specific routes accrue to the Service Provider under this Transport Agreement.



# Freight rates

| Route Start | | Route End | | Distance Pay Term | Validity period from to | Leadtime FCL LCL | Nomination FL PL | Cur | MOT code / Loading unit Price type | |
|---|---|---|---|---|---|---|---|---|---|---|
| **93243** Lebec Booking Office: 31922-CAR-1 | US57 345-7 | **97220** Portland | US60 028-1 | 1433 km A | 231006 231031 | 3 | 99 | USD | M/T53DVP FREI 2495 | FSC 494.53 |
| **93243** Lebec Booking Office: 31922-CAR-1 | US57 345-7 | **97220** Portland | US60 028-4 | 1430 km A | 231006 231031 | 3 | 99 | USD | M/T53DVP FREI 2495 | FSC 493.49 |
| **93243** Lebec Booking Office: 31922-CAR-1 | US57 345-7 | **94503** American Canyon | US56 039-1 | 498 km A | 231006 231031 | 2 | 99 | USD | M/T53DVP FREI 716 | FSC 171.86 |
| **93243** Lebec Booking Office: 31922-CAR-1 | US57 345-7 | **84020** Draper | US56 103-1 | 1131 km A | 231006 231031 | 3 | 99 | USD | M/T53DVP FREI 2270 | FSC 390.31 |
| **93243** Lebec Booking Office: 31922-CAR-1 | US57 345-7 | **95605** West Sacramento | US56 157-1 | 490 km A | 231006 231031 | 2 | 99 | USD | M/T53DVP FREI 620 | FSC 169.1 |
| **93243** Lebec Booking Office: 31922-CAR-1 | US57 345-7 | **94608** Emeryville | US56 165-1 | 469 km A | 231006 231031 | 3 | 99 | USD | M/T53DVP FREI 727 | FSC 161.85 |
| **93243** Lebec Booking Office: 31922-CAR-1 | US57 345-7 | **94303** East Palo Alto | US56 347-1 | 440 km A | 231006 231031 | 3 | 99 | USD | M/T53DVP FREI 634 | FSC 151.84 |
| **60490** Bollingbrook Booking Office: 31922-CAR-1 | US32 019-4 | **48187** Canton | US28 026-1 | 447 km A | 231006 231031 | 2 | 99 | USD | M/T53DVP FREI 996 | FSC 154.26 |
| **60490** Bollingbrook Booking Office: 31922-CAR-1 | US32 019-4 | **45069** West Chester | US26 175-1 | 510 km A | 231006 231031 | 2 | 99 | USD | M/T53DVP FREI 1116 | FSC 176 |
| **60490** Bollingbrook Booking Office: 31922-CAR-1 | US32 019-4 | **66202** Merriam | US43 374-1 | 788 km A | 231006 231031 | 2 | 99 | USD | M/T53DVP FREI 1524 | FSC 271.94 |
| **60490** Bollingbrook Booking Office: 31922-CAR-1 | US32 019-4 | **63108** St. Louis | US36 410-1 | 432 km A | 231006 231031 | 2 | 99 | USD | M/T53DVP FREI 954 | FSC 149.08 |
| **60490** Bollingbrook Booking Office: 31922-CAR-1 | US32 019-4 | **43240** Columbus | US26 511-1 | 522 km A | 231006 231031 | 2 | 99 | USD | M/T53DVP FREI 1150 | FSC 180.14 |
| **60490** Bollingbrook Booking Office: 31922-CAR-1 | US32 019-4 | **46037** Fishers | US27 536-1 | 331 km A | 231006 231031 | 2 | 99 | USD | M/T53DVP FREI 788 | FSC 114.23 |
| **60490** Bollingbrook Booking Office: 31922-CAR-1 | US32 019-4 | **60433** Joliet | US32 019-1 | 40 km A | 231006 231031 | 1 | 99 | USD | M/T53DVP FREI 350.98 | FSC 18.43 |
| **60433** Joliet Booking Office: 31922-CAR-1 | US32 019-1 | **60490** Bollingbrook | US32 019-4 | 40 km A | 231006 231031 | 1 | 99 | USD | M/T53DVP FREI 355.03 | FSC 18.43 |



# Freight rates

| Route Start | | Route End | | Distance Pay Term | Validity period from / to | Leadtime FCL / LCL | Nomination FL / PL | Cur | MOT code / Loading unit Price type | |
|---|---|---|---|---|---|---|---|---|---|---|
| **93243** Lebec Booking Office: 31922-CAR-1 | US57 345-1 | **97220** Portland | US60 028-4 | 1450 km A | 231006 231031 | 3 | 99 | USD | **M/T53DVP** FREI 2494 | FSC 500.39 |
| **93243** Lebec Booking Office: 31922-CAR-1 | US57 345-1 | **94503** American Canyon | US56 039-1 | 499 km A | 231006 231031 | 2 | 99 | USD | **M/T53DVP** FREI 716 | FSC 172.2 |
| **60433** Joliet Booking Office: 31922-CAR-1 | US32 019-1 | **48187** Canton | US28 026-1 | 432 km A | 231006 231031 | 2 | 99 | USD | **M/T53DVP** FREI 961 | FSC 149.08 |
| **60433** Joliet Booking Office: 31922-CAR-1 | US32 019-1 | **45069** West Chester | US26 175-1 | 484 km A | 231006 231031 | 2 | 99 | USD | **M/T53DVP** FREI 1050 | FSC 167.03 |
| **60433** Joliet Booking Office: 31922-CAR-1 | US32 019-1 | **66202** Merriam | US43 374-1 | 778 km A | 231006 231031 | 2 | 99 | USD | **M/T53DVP** FREI 1497 | FSC 268.49 |
| **60433** Joliet Booking Office: 31922-CAR-1 | US32 019-1 | **63108** St. Louis | US36 410-1 | 424 km A | 231006 231031 | 2 | 99 | USD | **M/T53DVP** FREI 942 | FSC 146.32 |
| **60433** Joliet Booking Office: 31922-CAR-1 | US32 019-1 | **43240** Columbus | US26 511-1 | 513 km A | 231006 231031 | 2 | 99 | USD | **M/T53DVP** FREI 1114 | FSC 177.04 |
| **60433** Joliet Booking Office: 31922-CAR-1 | US32 019-1 | **46037** Fishers | US27 536-1 | 303 km A | 231006 231031 | 2 | 99 | USD | **M/T53DVP** FREI 748 | FSC 104.56 |
| **48187** Canton Booking Office: 31922-CAR-1 | US28 026-1 | **60433** Joliet | US32 019-1 | 432 km A | 231006 231031 | 1 | 99 | USD | **M/ T53DV** FREI 801 | FSC 149.08 |
| **45069** West Chester Booking Office: 31922-CAR-1 | US26 175-1 | **60433** Joliet | US32 019-1 | 484 km A | 231006 231031 | 1 | 99 | USD | **M/ T53DV** FREI 922 | FSC 167.03 |
| **63108** St. Louis Booking Office: 31922-CAR-1 | US36 410-1 | **60433** Joliet | US32 019-1 | 424 km A | 231006 231031 | 1 | 99 | USD | **M/ T53DV** FREI 925 | FSC 146.32 |
| **43240** Columbus Booking Office: 31922-CAR-1 | US26 511-1 | **60433** Joliet | US32 019-1 | 513 km A | 231006 231031 | 1 | 99 | USD | **M/ T53DV** FREI 950 | FSC 177.04 |
| **46037** Fishers Booking Office: 31922-CAR-1 | US27 536-1 | **60433** Joliet | US32 019-1 | 303 km A | 231006 231031 | 1 | 99 | USD | **M/ T53DV** FREI 847 | FSC 104.56 |
| **66202** Merriam Booking Office: 31922-CAR-1 | US43 374-1 | **60433** Joliet | US32 019-1 | 778 km A | 231006 231031 | 1 | 99 | USD | **M/ T53DV** FREI 1349 | FSC 268.49 |
| **90670** Santa Fe Springs Booking Office: 31922-CAR-1 | US56 010-1 | **90746** Carson | US56 162-1 | 26 km A | 231006 231031 | 2 | 99 | USD | **M/T53DVP** FREI 399.58 | |



TRANSPORT AGREEMENT: 061-DT-25898
Version: 55
Date: 02 Oct 2023     Page: 4 of 6

# Freight rates

| Route Start | | Route End | | Distance Pay Term | Validity period from / to | Leadtime FCL / LCL | Nomination FL / PL | Cur | MOT code / Loading unit Price type | |
|---|---|---|---|---|---|---|---|---|---|---|
| 90670 Santa Fe Springs | US56 010-1 | 92626 Costa Mesa | US56 167-1 | 32 km | | | | | M/T53DVP FREI | |
| Booking Office: 31922-CAR-1 | | | | A | 231006  231031 | 2 | 99 | USD | 409.95 | |
| 90670 Santa Fe Springs | US56 010-1 | 91502 Burbank | US56 399-1 | 43 km | | | | | M/T53DVP FREI | |
| Booking Office: 31922-CAR-1 | | | | A | 231006  231031 | 2 | 99 | USD | 409.12 | |
| 90670 Santa Fe Springs | US56 010-1 | 91723 Covina | US56 413-1 | 35 km | | | | | M/T53DVP FREI | |
| Booking Office: 31922-CAR-1 | | | | A | 231006  231031 | 2 | 99 | USD | 405.63 | |
| 93243 Lebec | US57 345-1 | 95605 West Sacramento | US56 157-1 | 503 km | | | | | M/T53DVP FREI | FSC |
| Booking Office: 31922-CAR-1 | | | | A | 231006  231031 | 2 | 99 | USD | 614 | 173.58 |
| 95605 West Sacramento | US56 157-1 | 93243 Lebec | US57 345-1 | 503 km | | | | | M/ T53DV FREI | FSC |
| Booking Office: 31922-CAR-1 | | | | A | 231006  231031 | 1 | 99 | USD | 814 | 173.58 |
| 93243 Lebec | US57 345-1 | 94608 Emeryville | US56 165-1 | 483 km | | | | | M/T53DVP FREI | FSC |
| Booking Office: 31922-CAR-1 | | | | A | 231006  231031 | 3 | 99 | USD | 721 | 166.68 |
| 93243 Lebec | US57 345-1 | 94303 East Palo Alto | US56 347-1 | 454 km | | | | | M/T53DVP FREI | FSC |
| Booking Office: 31922-CAR-1 | | | | A | 231006  231031 | 3 | 99 | USD | 632 | 156.67 |
| 94608 Emeryville | US56 165-1 | 93243 Lebec | US57 345-1 | 483 km | | | | | M/ T53DV FREI | FSC |
| Booking Office: 31922-CAR-1 | | | | A | 231006  231031 | 1 | 99 | USD | 917 | 166.68 |
| 94303 East Palo Alto | US56 347-1 | 93243 Lebec | US57 345-1 | 454 km | | | | | M/ T53DV FREI | FSC |
| Booking Office: 31922-CAR-1 | | | | A | 231006  231031 | 1 | 99 | USD | 807 | 156.67 |
| 93243 Lebec | US57 345-1 | 97220 Portland | US60 028-1 | 1448 km | | | | | M/T53DVP FREI | FSC |
| Booking Office: 31922-CAR-1 | | | | A | 231006  231031 | 3 | 99 | USD | 2494 | 499.7 |
| 93243 Lebec | US57 345-1 | 84020 Draper | US56 103-1 | 1117 km | | | | | M/T53DVP FREI | FSC |
| Booking Office: 31922-CAR-1 | | | | A | 231006  231031 | 3 | 99 | USD | 2253 | 385.47 |

**Payment Terms**

| Code | Freight Seller | Currency | Inv.Type/Time |
|---|---|---|---|
| A | 31922  CAR  1 | USD | SBI  DSP |



**TRANSPORT AGREEMENT:** 061-DT-25898
**Version:** 55
**Date:** 02 Oct 2023          **Page:** 5 of 6

## Extra costs

### Demurrage

| Cost Type | Validity from | to | Sender | Receiver | LUT | From Day | Price | Cur |
|---|---|---|---|---|---|---|---|---|
| Demurrage | 231006 | 231031 | | | T53DV | 4 | 25.00 | USD |

### Detention

| | Validity from | to | Sender | Receiver | Cur | hourly rate on weekday | saturday | sunday | bankholiday | max h/d | free hours d/p | ord |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Detention | 231006 | 231031 | | | USD | 50.00 | 50.00 | 50.00 | 50.00 | 6 | | 2 |



**TRANSPORT AGREEMENT: 061-DT-25898**
Version: 55
Date: 02 Oct 2023      Page: 6 of 6

**Appendices**

1. Scope & Terms for Transport Services NA v2.2

| On behalf of Inter IKEA Company | Date and Place | On behalf of Service Provider | Date and Place |
|---|---|---|---|
| *[signature]*<br>Doris Martetschläger<br>IKEA Supply AG<br><br>*[signature]*<br>Anna Elzbieta Wieteska<br>IKEA Supply AG | 02 OCT 2023 | | |