**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| IKEA SUPPLY AG, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 24 C 51 |
| v. | ) | |
| | ) | Judge Sara L. Ellis |
| CONVOY, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

The Court grants Plaintiff's motion for leave to deposit funds into the Court's registry [2]. The Court grants Plaintiff leave to deposit with the Clerk of this Court the amount of $519,254.44 into the Registry of this Court, subject to further order of this Court as to the proper distribution among the Defendants.

Date: 2/12/2024                                                                 /s/ [signature]