UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IKEA SUPPLY AG,<br><br>*Plaintiff*,<br><br>v.<br><br>CONVOY, INC., et. al.,<br><br>*Defendants*. | CIVIL ACTION NO. 1:24-cv-00051<br>HON. SARA L. ELLIS<br><br><br>MAGISTRATE JUDGE:<br>HON. MARIA VALDEZ |

### ORDER FOR ENTRY OF DEFAULT

Upon the motions filed by Defendant, Hercules Capital, Inc., for Entry of Default against certain non-appearing defendants pursuant to Federal Rule of Civil Procedure 55(a) (*see* Docket Nos. 64, 86 and 99); and it appearing from the records of the Court that the non-appearing defendants have failed to plead or otherwise defend as required by the Federal Rules of Civil Procedure, it is hereby

ORDERED that the motions are granted; and it is further

ORDERED that the Clerk of the Court is to enter default against each of the following non-appearing defendants: American Transporters Inc.; Assurance Trucking LLC; Batths Transportation Company; Cehic Xpress Inc.; Connolly Trucking LLC; Delmore Transport LLC; DLB Management LLC; Dominican Trucking LLC; Eagle Speed Line Inc.; Enomid Trucking LLC; Everett Transportation Co.; Family First Enterprises, LLC; FJ Trucking Services, Gilroy Williams Vasquez d/b/a JMB; Godette Global LLC; Heightened Sense Transport LLC; Josh & Sons Express LLC; M.A. Drummer LLC; Maintain Logistics Group LLC; Ohio Global Transportation LLC; Parvinder Singh; Peter Transport Cargo LLC d/b/a Peter Transport Cargo; Ramin Noori d/b/a Noori Trucking; Ramos Brothers Transport LLC; Recio Transport Inc.; RMM

1

Trucking, Inc; Shafer Logistics LLC; Somken Transport LLC; Sukhraj Singh Grewal d/b/a KJR Transit; TG Logistics LLC; Turbo Freight LLC; ZBT Logistics LLC; Alexander, Winton & Associates Inc.; Apex Capital Corp.; Basic Block Inc.; Carriernet Group Financial, Inc.; CD Consortium Corporation; Compass Funding Solutions, LLC; Eagle Business Credit, LLC d/b/a Cashway Funding; Finger Lakes Logistics, Inc. d/b/a Integrated Logistics Associates; Operation Finance, Inc.; QP Capital LLC; Smarttrucker, LLC; Transam Financial Services, Inc.; and Transportation Finance Corporation.

ENTERED: May 7, 2024

_____
Judge Sara L. Ellis
United States District Court Judge