# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IKEA SUPPLY AG, | CIVIL ACTION NO. 1:24-cv-00051 |
| *Plaintiff*, | HON. SARA L. ELLIS |
| v. | MAGISTRATE JUDGE: |
| CONVOY, INC., et. al., | HON. MARIA VALDEZ |
| *Defendants*. | |

## MOTION FOR DEFAULT JUDGMENT

Comes now Defendant, Hercules Capital, Inc., ("*Hercules*") by its undersigned attorneys, and for its Motion for Default Judgment, states as follows:

1. Hercules has previously filed Motions for Entry of Default (Document Nos. 64, 86, 99, 118) against the following defendants: American Transporters Inc.; Assurance Trucking LLC; Batths Transportation Company; Cehic Xpress Inc.; Connolly Trucking LLC; Delmore Transport LLC; DLB Management LLC; Dominican Trucking LLC; Eagle Speed Line Inc.; Enomid Trucking LLC; Everett Transportation Co.; Family First Enterprises, LLC; Fivejians LLC; FJ Trucking Services; Gilroy Williams Vasquez d/b/a JMB; Godette Global LLC; Heightened Sense Transport LLC; J Zuniga Trucking LLC; Josh & Sons Express LLC; M.A. Drummer LLC; Maintain Logistics Group LLC; McBarns American Logistics LLC; Ohio Global Transportation LLC; Parvinder Singh; Peter Transport Cargo LLC d/b/a Peter Transport Cargo; Ramin Noori d/b/a Noori Trucking; Ramos Brothers Transport LLC; Recio Transport Inc.; RMM Trucking, Inc; Shafer Logistics LLC; Somken Transport LLC; Sukhraj Singh Grewal d/b/a KJR Transit; T&D Transportation 6 LLC; TG Logistics LLC; Top Gear Transport LLC; Turbo Freight LLC; ZBT Logistics LLC; Alexander, Winton & Associates Inc.; Apex Capital Corp.; Basic Block Inc.; Carriernet Group Financial, Inc.; CD Consortium Corporation; Compass Funding Solutions, LLC;

Eagle Business Credit, LLC d/b/a Cashway Funding; Finger Lakes Logistics, Inc. d/b/a Integrated Logistics Associates; Operation Finance, Inc.; QP Capital LLC; Smarttrucker, LLC; Transam Financial Services, Inc.; and Transportation Finance Corporation (collectively the "*Defaulted Defendants*").

2. The Court entered default against the Defaulted Defendants on May 7, 2024 (Document 113) and June 4, 2024 (Document 121).

3. Since the entries of default, none of the Defaulted Defendants have appeared, sought to vacate the defaults, or otherwise contacted the undersigned counsel.

4. Pursuant to the Federal Rules of Civil Procedure 55(b)(2), Hercules requests that this Court now enter a default judgment against the Defaulted Defendants, thereby barring the Defaulted Defendants from further participation in this matter and from seeking or obtaining any portion of the sums which have been interplead to the Clerk of the Court by the Plaintiff, IKEA Supply AG.

WHEREFORE, Hercules prays that this Court enter default judgment against the Defaulted Defendants, and thereby the Defaulted Defendants shall take nothing from the interplead funds.

Hercules Capital, Inc., Defendant

By: */s/ Rachel A. Mongiello*
One of its Attorneys

Stuart Komrower, Esq.
Rachel A. Mongiello, Esq.
Catherine J. Costagliola, Esq.
*Pro hac vice*
COLE SCHOTZ, P.C.
Court Plaza North
25 Main Street
Hackensack, NJ 07601

49066/0070-47900793

## **CERTIFICATE OF SERVICE**

The undersigned certifies that a true and correct copy of the foregoing document was filed on June 14, 2024 with the Clerk of the court using CM/ECF, which will send notice to counsel of record:

Timothy R. Herman
Clark Hill PLC
130 E. Randolph Street
Suite 3900
Chicago, IL 60601

Stephen M. Wolf
Clark Hill PLC
2001 Market Street
Suite 2620
Philadelphia, PA 19103

Sam Hallman
Clark Hill PLC
2600 Dallas Parkway Suite
600 Frisco, TX 75034

Jonathan Paul Schlange
Law Office of Johnathan P Schlange
LLC Post Office Box 535
Palos Heights, IL 60463

Alexander Edmund Porter
Lathrop GPM LLP
155 North Wacker Drive
Suite 3800
Chicago, IL 60606

Mark M Billion
Billion Law
1073 S. Governors Ave.
Dover, DE 19904

Mohammed A Nofal
Langhenry Gillen Lundquist & Johnson, LLC
2400 Glenwood Ave
Suite 200
Joliet, IL 60435

49066/0070-47900793

I further certify that I caused the foregoing document to be mailed by United States Postal Service to the following parties:

American Transporters Inc.
7825 Banks Street
Justice, Illinois 60453

Assurance Trucking LLC
123 Hay St.
Park Forest, IL 60566

Batths Transportation Company
4407 Maldenhair Drive
Indianapolis, IN 46239
Attn: Balkar Singh

Cehic Xpress Inc.
9558 Gross Point Rd.
306A Skokie, IL 60076
Attn: Mehruoin Cehic

Connolly Trucking LLC
930 Louise Lane
Peotone, IL 68508

Delmore Transport LLC
9047 N 75th St. Unit C
Milwaukee, WI 53223

DLB Management LLC
5201 Deana Lane
Richton Park, IL 60471
Attn: Terrell Brown

Dominican Trucking LLC
263 Oriole Lane
Lodi, CA 95240
Attn: Jose Grullon

Eagle Speed Line Inc.
1003 Whitehall Way
Crystal Lake, IL 60014
Attn: Asker Mamytov

Enomid Trucking LLC
200 E 39th St.
San Bernadino, CA 92404
Attn: Omojevwe Idjighere

Everett Transportation Co.
16735 Cottage Grove Avenue
South Holland, IL 60473

Family First Enterprises, LLC
101 N Brand Blvd
11th Floor
Glendale, CA 91203

Fivejians LLC
3810 Indian Head Lane
Joliet, IL 60435

FJ Trucking Services
36505 Mustang Lane
Palmdale, CA 93550

Gilroy Williams Vasquez d/b/a JMB
7409 Cupio Street
Bakersfield, CA 93313

Godette Global LLC
6148 Roselawn Drive
Indianapolis, IN 46226
Attn: Toshida Godette

Heightened Sense Transport LLC
733 Community Drive
Lagrange Park, IL 60526
Attn: Jessie Cordero

J Zuniga Trucking LLC
5603 Plute Pass Street
Bakersfield, CA 93307

Josh & Sons Express LLC
1407 S. 17th Ave.
Maywood, IL 60153

5

M.A. Drummer LLC
4656 Maryland St.
Gary, IN 46409

Maintain Logistics Group LLC
1870 The Exchange SE Suite 200 - PMB# 1123
Atlanta, GA 30339

McBarns American Logistics LLC
c/o Paul Osuagwu 5
575 Haverhill Rd.
West Bloomfield, MI 48322

Ohio Global Transportation LLC
2185 Morse Rd.
Columbus, OH 43229

Ohio Global Transportation LLC
3037 David Ct.
Columbus, OH 43224

Parvinder Singh
600 Hoskima Ave. Apt. 56A
Bakersfield, CA 93307

Peter Transport Cargo LLC
d/b/a Peter Transport Cargo
17349 Eucalyptus St.
Fontana, CA 92337

Ramin Noori
d/b/a Noori Trucking
26254 Adrian Ave
Hayward, CA 94545

Ramos Brothers Transport LLC
3401 Brent Ave.
Bakersfield, CA 93307

Recio Transport Inc.
16073 Lindero St.
Victorville, CA 92395

49066/0070-47900793

RMM Trucking, Inc.
4921 W. 109th St. Unit 103
Oak Law, IL 60453
Attn: Mahole Al-Omari

Shafer Logistics LLC
291 Old Gradyville Rd.
Gradyville, KY 42742
Attn: Timothy Shafer

Somken Transport LLC
P.O. Box 247744
Columbus, OH 43224
Attn: Said Aden

Sukhraj Singh Grewal d/b/a KJR Transit
3811 Crosswind Way
Bakersfield, CA 93313

T&D Transportation 6 LLC
8922 S Blackstone Ave.
Chicago, IL 60619
Attn: Terrence Mack

TG Logistics LLC
3916 Brandonshire Dr.
Springfield, IL 62704
Attn: Terry Gilbert

Top Gear Transport LLC
Attn: David Sanders
9510 Pony Mountain Road
Bakersfield, CA 93313

Turbo Freight LLC
333 University Ave., Suite 200
Sacramento, CA 95825

ZBT Logistics LLC
14608 Justine St.
Harvey, IL 60426

Alexander, Winton & Associates Inc.
8804 Carmona St., Suite 160
Olive Branch, MS 38654
Attn: Tony Mangini

7

Apex Capital Corp.
301 Commerce St., Suite 1000
Fort Worth, TX 76102
Attn: Reghan Grasty

Basic Block Inc.
720 O Street
Lincoln, NE 68508

CarrierNet Group Financial
520 W. 10th Street
Sioux Falls, SD 57104

CD Consortium Corporation
8930 N. Waukegan Road
Unit 230
Morton Grove, IL 60053

Compass Funding Solutions, LLC
115 W. 55th Street, Suite 301
Clarendon Hills, IL 60514

Eagle Business Credit LLC
d/b/a Cashway Funding
615 Molly Lane Ste. 130
Woodstock, GA 30189
Attn: Ian Varley

Finger Lakes Logistics, Inc.
d/b/a Integrated Logistics Associates
1133 Corporate Drive
Farmington, NY 14425

Operation Finance, Inc.
610 Uptown Boulevard, Suite 2000
Cedar Hill, TX 75104

QP Capital LLC
4612 Outer Loop Rd.
Louisville, KY 40219
Attn: Brandon Bennett

SmartTrucker, LLC
33 New Montgomery St., Suite 1000
San Francisco, CA 94105
Attn: Daniel Cal

49066/0070-47900793

Transam Financial Services, Inc.
15910 S. Highway 169
Olathe, KS 66062

Transportation Finance Corporation
c/o Asta Kaupaite
745 McClintock Dr. Suite 360
Burr Ridge, IL 60527

*/s/ Rachel A. Mongiello*
Rachel A. Mongiello

9