# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

IKEA Supply AG

                 Plaintiff,

v.

Convoy, Inc., et al.

                 Defendant.

Case No.: 1:24–cv–00051
Honorable Sara L. Ellis

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, July 2, 2024:

      MINUTE entry before the Honorable Sara L. Ellis: The Court grants Defendant's motion for entry of default judgment [124]. The Court enters default judgment against the non–responsive Defendants and orders that they may not partake of the interplead funds. Defendant Hercules should submit a proposed default judgment order to the Court's proposed order email. No appearance required on 7/2/2024. Mailed notice(rj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.